BEFORE THE FIRST DIVISION, NOVEMBER 22, 1966

**No. P66/347.**—Morris Friedman *v.* United States, protests 63/5599, etc. (Philadelphia).

**No. P66/348.**—Morris Friedman *v.* United States, protests 63/15629 and 63/15630 (Philadelphia).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co. v. United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.